IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| v. | * | CRIM. NO. 19-641 |
| | * | |
| SHAWN SCOTT | * | |
| | * | |

*****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Order 2020-06, this Court finds:

[✓]   That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

[✓]   That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

See Attachment A

Accordingly, the proceeding(s) held on this date may be conducted by:

[✓]   Video Teleconferencing

[ ]   Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

    [ ]   The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

    [ ]   Other:

Date: February 15, 2022

_____
Honorable Susan D. Wigenton
United States District Judge

## **ATTACHMENT A**

The Court finds that the guilty plea hearing to be held on February 15, 2022, cannot be further delayed without serious harm to the interests of justice, for the following reasons:

1. To permit defendant SHAWN SCOTT to obtain a speedy resolution of his case through an admission of guilt.  Defendant SHAWN SCOTT has asked for this case to be resolved today by guilty plea.

2. To permit the Government to obtain a resolution of the case so that the Government, already operating in a restricted capacity due to the emergency, may appropriately focus its resources on other, emerging criminal matters.  The Government has asked for this case to be resolved today by guilty plea.

3. To obtain a resolution to the case prior to the end of the time afforded the Government to prosecute such case under the Speedy Trial Act.